IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA G. FOUNTAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:_____ |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

1. Plaintiff, Alma G. Fountain, is a resident of Montgomery County, Alabama and is over 19 years of age.

2. Defendant, United States of America, is a government entity.

## JURISDICTION

3. Plaintiff brings this claim pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671.

4. Plaintiff filed her administrative claim with The United States Post Office on January 24, 2024.

5. More than 6 months have passed since the filing of her claim without a final adjudication.

## FACTS

6. On or about December 11, 2023, Alma G. Fountain was lawfully operating a Toyota Camry in Montgomery County, Alabama. The vehicle was owned by Enterprise Rental Cars.

7. At approximately the same time, Shendale Vanessa Russell, an employee of the

United States Postal Service, was unlawfully operating a USPS postal truck on Ridgefield Drive. Ms. Russell was operating the vehicle while on the job and in the line and scope of her employment with the United States Postal Service. The United States of America had entrusted the subject vehicle to Ms. Russell.

8. At the aforesaid time, Alma G. Fountain was traveling westbound on Ridgefield Drive when Shendale Russell pulled out in front of Ms. Fountain, and collided with her vehicle. At the time of the collision, Ms. Russell was employed by the United States Postal Service and the 1989 USPS Mail Truck she was operating was owned by the United States Postal Service.

9. This violent impact caused bodily injury to Alma G. Fountain. Ms. Russell failed to maintain a proper lookout for other motorists, failed to maintain proper control of her vehicle, failed to yield the right of way, and failed to stop for current traffic conditions, causing this violent collision. The police report reflects Ms. Russell's vehicle as the primary contributing unit in the collision.

10. As a proximate consequence of the negligent, reckless, wanton and/or unlawful conduct of Ms. Russell and the United States of America, Plaintiff was caused to suffer injuries.

## COUNT I
### (Negligence/Recklessness/Wantonness)

11. Plaintiff adopts and incorporates by reference all allegations of the preceding paragraphs of the Complaint.

12. At the time set forth hereinabove, Ms. Russell negligently, recklessly and/or wantonly operated a motor vehicle owned by the United States Postal Service (United States of America) in such a manner as to cause her vehicle to crash into Plaintiff's vehicle. As a result of such action, and as a proximate result of the negligence, recklessness and/or wantonness of Ms. Russell and the United States of America, Plaintiff, Alma G. Fountain, was caused to suffer injuries

and damages.

13. The aforesaid negligent, reckless and/or wanton conduct of the Defendant caused Alma G. Fountain to suffer injuries and damages including, but not limited to:

a. Injuries to her neck, right shoulder and arm, back, and bilateral legs.

b. Mental anguish and emotional distress.

c. Physical pain and discomfort.

d. Past and future medical expenses.

e. Lost wages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Alma G. Fountain, demands judgment against Defendant, United States of America, for a reasonable sum of money based upon the facts and circumstances of this particular matter for compensatory and special damages, plus costs and interest, and such other and further relief to which she may be entitled.

## COUNT II
### (Respondeat Superior)

14. Plaintiff adopts and incorporates by reference all allegations of the preceding paragraphs of the Complaint.

15. At the time set forth hereinabove, Ms. Russell was operating a vehicle in the line and scope of her employment for Defendant, the United States of America. Ms. Russell was an agent and/or employee of the United States of America, the United States of America was the master or principal of Ms. Russell and the United States of America is vicariously liable for her actions. As a result of such action, and as a proximate result of the negligence, recklessness and/or wantonness of Ms. Russell and the United States of America, Plaintiff, Alma G. Fountain, was caused to suffer injuries and damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Alma G. Fountain, demands

judgment against Defendant, United States of America, for a reasonable sum of money based upon the facts and circumstances of this particular matter for compensatory and special damages, plus costs and interest, and such other and further relief to which she may be entitled.

## COUNT III
**(Negligent hiring, Training, Supervision and/or Retention)**

16. Plaintiff adopts and incorporates by reference all allegations of the preceding paragraphs of the Complaint.

17. At the aforesaid time and place, and for some time prior thereto, the United States had supervisory authority and was charged with the hiring, training, supervising, and retention of its agents, employees and/or motor vehicle drivers, like and including Ms. Russell. The United States of America negligently exercised or failed to hire, train, supervise and retain its motor vehicle drivers, like and including Ms. Russell. As a result of such action, and as a proximate result of the negligence, recklessness and/or wantonness of the Ms. Russell and the United States of America, Plaintiff, Alma G. Fountain, was caused to suffer injuries and damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Alma G. Fountain, demands judgment against Defendant, United States of America, for a reasonable sum of money based upon the facts and circumstances of this particular matter for compensatory and special damages, plus costs and interest, and such other and further relief to which she may be entitled.

## COUNT IV
**(Negligent Entrustment)**

18. Plaintiff adopts and incorporates by reference all allegations of the preceding paragraphs of the Complaint.

19. On or about December 11, 2023, the United States of America was the owner of and had the right of control over the use of the subject vehicle driven by Ms. Russell. The United

States of America negligently entrusted said vehicle to Ms. Russell who was not competent to operate a vehicle. Ms. Russell negligently operated said vehicle injuring Plaintiff. The United States of America entrusted said vehicle to Ms. Russell and therefore, is liable to Plaintiff. As a result of such action, and as a proximate result of the negligence, recklessness and/or wantonness of Ms. Russell and the United States of America, Plaintiff, Alma G. Fountain**,** was caused to suffer injuries and damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Alma G. Fountain, demands judgment against Defendant, United States of America, for a reasonable sum of money based upon the facts and circumstances of this particular matter for compensatory and special damages, plus costs and interest, and such other and further relief to which she may be entitled.

s/ Alyssa Noles Daniels
**ALYSSA NOLES DANIELS (NOL018)**
Attorney for Plaintiff

**OF COUNSEL**:

Shunnarah Injury Lawyers, P.C.
2204 4th Avenue North
Birmingham, AL 35203
P: (205) 983-8169
F: (205) 983-8469
E: adaniels@asilpc.com

## **REQUEST FOR SERVICE BY CLERK**

      Pursuant to the Federal Rules of Civil Procedure, Plaintiff requests service of the foregoing "Summons and Complaint" by certified mail, addressed as follows:

United States Attorney Kevin P. Davidson
131 Clayton Street
Montgomery, Alabama 36104

Attorney General Pam Bondi
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

                                              s/ Alyssa Noles Daniels
                                              **ALYSSA NOLES DANIELS (NOL018)**
                                              Attorney for Plaintiff